UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Romane PRADIEU,

Petitioner,

v.

Markwayne MULLIN, et al.,

Respondents.

Case No.: 26-cv-6306-AGS-VET

**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE**

Petitioner Romane Pradieu seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents acknowledge that they have "insufficient information regarding termination of [his] parole" (ECF 7, at 2), and accordingly, "do[] not oppose the petition and defer[] to the Court on the appropriate relief." (*id*. at 6).

Thus, the habeas petition is **GRANTED**. All pending hearings and deadlines are vacated. Respondents must immediately release petitioner subject to the conditions of his prior parole. The Clerk must issue judgment and close this case.

Dated: November 17, 2026

Hon. Andrew G. Schopler
United States District Judge